**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| MALIKA FUQUA, | ) | CASE NO.: 2:23-CV-04075 |
| | ) | |
| Plaintiff, | ) | JUDGE: ALGENON L. MARBLEY |
| | ) | |
| v. | ) | **STIPULATED NOTICE OF** |
| | ) | **DISMISSAL** |
| EMBASSY WINCHESTER, LLC D/B/A | ) | |
| EMBASSY OF WINCHESTER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

The parties, by and through undersigned counsel, hereby stipulate and provide notice that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the entirety of this matter is dismissed *with prejudice*. Parties to bear their own costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Gregory T. Shumaker* | */s/ Scott Salsbury* |
| Gregory T. Shumaker (0095552) | Scott Salsbury (0039287) |
| Trisha M. Breedlove (0095852) | **Salsbury & Salsbury, LPA** |
| **Spitz, the employee's law firm** | 5611 Hudson Drive, Suite 400 |
| 1103 Schrock Rd, Suite 307 | Hudson, Ohio 44236 |
| Columbus, Ohio 43229 | Phone: (330) 655-5760 |
| Phone: (614) 556-4288 | Fax: (330) 655-0526 |
| Fax: (216) 291-5744 | Email: ssalsbury@salsburylaw.com |
| Email: greg.shumaker@spitzlawfirm.com | |
|         trisha.breedlove@spitzlawfirm.com | *Attorney for Defendants* |

*Attorneys for Plaintiff*